IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

### CLERK'S MINUTES

*Jordan Daigle, individually and on behalf of all others similarly situated v. Turnco Enterprises, LLC and Mewbourne Oil Co.*
2:20-cv-652 MLG/KRS

---

### May 28, 2024

**Attorneys for Plaintiff:**   Blayne Fisher

**Attorneys for Defendants**:   John Brown (for Mewbourne Oil Co.)

**Proceeding**:   Status Conference

**Start Time:**   10:30 a.m.
**Stop Time:**   10:35 a.m.
**Total Time:**   5 minutes

**Clerk:**   AC

### NOTES

- The Court greets the parties and enters their appearances.

- The Court notes that at the November 15, 2023 Rule 16 scheduling conference, the parties stated they were going to pursue private mediation by May 1, 2024. The Court asks the parties about the status of discovery and mediation efforts.

- Counsel for both parties state they are engaging in informal settlement discussions but have not set a private mediation yet. The Court sets a deadline of June 28, 2024—the close of discovery—for the parties to notify the Court that a private mediation has been set. If they have not set a mediation by that date, the Court will set another status conference to set a settlement conference with the Court.

- There being nothing further, Court adjourns.