## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

_____

JORDAN DAIGLE, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.                                     Case No. 2:20-cv-00652-MLG-KRS

TURNCO ENTERPRISES, LLC, and
DANIEL ROBLES,

     Defendants.

## FINAL DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(b)(2)(B), and consistent with the Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition filed contemporaneously herewith, the Court enters final default judgment against Defendants Turnco Enterprises, LLC and Daniel Robles, jointly and severally, in the total amount of $281,161.99, payable as follows:

1. $121,672.00 in unpaid wages, inclusive of liquidated damages, payable to Named Plaintiff Jordan Daigle;

2. $40,801.60 in unpaid wages, inclusive of liquidated damages, payable to Opt-In Plaintiff David Hughes;

3. $50,380.00 in unpaid wages, inclusive of liquidated damages, payable to Opt-In Plaintiff Jerome Holguin; and

4. $63,165.00 in attorneys' fees and $5,143.39 in costs, payable to Plaintiffs.

Lacking any remaining claims, this civil action is now closed.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA